### 12041.  WHITE v. THE STATE.

LUKE, J.  The evidence in this case fully authorized the verdict, which has the approval of the trial judge.

The special grounds of a motion for a new trial which complain of excerpts from the charge of the court, when the charge of the court is read in its entirety, are without merit.

The newly discovered evidence is not such as would be likely to produce a different verdict upon another trial of the case.

The defendant has had a legal trial, and for no reason appearing in the record was it error for the court to overrule the motion for a new trial.

*Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 8, 1921.

Conviction of manslaughter; from Richmond superior court — Judge Hammond.  December 11, 1920.

White was convicted of involuntary manslaughter in the commission of an unlawful act.  From the evidence it appeared that between 12 and 1 o'clock in the day an automobile running at unlawful speed in the City of Augusta struck a child who had just run out of a factory gate into the street, and killed the child, knocking him about 10 feet off, after which it "slowed up" and continued on its way.  An eye-witness took down the number of the machine, but did not recognize the driver.  The defendant was seen by others near that time and in that neighborhood in an automobile bearing the same number.  Alibi was the main defense.

*Archibald Blackshear,* for plaintiff in error.

*A. L. Franklin, solicitor-general, John M. Graham,* contra.